1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8   LULELYA BROWN,

9                          Plaintiff,          Case No. C24-358 RSM

10        v.                                   ORDER

11  WALT MASLEN,

12                          Defendant.

13

14        Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-

15  entitled action. (Dkt. # 3.) Plaintiff does not appear to have funds available to afford the $405.00

16  filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 3) is GRANTED. Plaintiff

17  shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of

18  any other cost(s) of litigation.

19        The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable

20  Ricardo S. Martinez.

21        Dated this 8th day of April, 2024.

22

23
                                          _____
                                          MICHELLE L. PETERSON
                                          United States Magistrate Judge

ORDER - 1